UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTINA T. GLEN,

    Plaintiff,

v.                                  Case No: 8:16-cv-3130-T-30MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the Unopposed Motion for Entry of Judgment with Remand (Dkt. #20). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Unopposed Motion for Entry of Judgment with Remand (Dkt. #20) is GRANTED.

2. The above-styled action is reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations) and § 1383(c)(3) (incorporating provisions of section 405 with respect to judicial review of supplemental security income determinations) to the Commissioner of Social Security for further action consistent with this motion.

3. The Clerk of Court is directed to enter final judgment in Plaintiff's favor and against Defendant and, thereafter, shall remand this action to the Commissioner of Social Security.

4. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of June, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record